UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00152 |
| | ) | |
| v. | ) | MAGISTRATE JUDGE KNOWLES |
| | ) | |
| | ) | |
| TINA MARIE CORRY | ) | |
| a/k/a "Dindra Cottura," and | ) | |
| a/k/a "Tina Bacallao" | ) | |

## MOTION TO UNSEAL INDICTMENT

Comes now the United States and requests the indictment in this case be unsealed. The defendant is scheduled to appear before the Court on September 27, 2013.

Respectfully submitted,

DAVID RIVERA
Acting United States Attorney for the
Middle District of Tennessee

*Scarlett M. Singleton*
SCARLETT M. SINGLETON
Assistant United States Attorney

GRANTED:

_____
E. CLIFTON KNOWLES
UNITED STATES MAGISTRATE JUDGE